IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ARON WELLS, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:05cv3273 |
| vs. | ) | ORDER |
| BRENDA FISHER, et al., | ) | |
| Defendants. | ) | |

    This matter is before the court on the plaintiff's Amended Complaint (filing no. 8). The Clerk of Court shall send the plaintiff's attorney the additional summons forms and Form-285s for service of process on defendants-Brenda Fisher and Michael Thurber in their individual capacity. In all other respects, service of those forms shall be governed by the Order on Initial Review entered in this case on October 28, 2005 (filing no. 6).

    SO ORDERED.

    DATED this 8th day of November, 2005.

                                                   BY THE COURT:

                                                   s/ F. A. GOSSETT
                                                   United States Magistrate Judge