IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARON WELLS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3273 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BRENDA FISHER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing no. 21, the Motion to Amend and to Add Parties filed by the plaintiff, Aron Wells. The Motion is granted, and the Second Amended Complaint (attachment to filing no. 21) is accepted for filing instanter. However, the plaintiff must also file the new complaint as a separate pleading.

IT IS THEREFORE ORDERED:

1.  That filing no. 21, the plaintiff's Motion to Amend and to Add Parties is granted;

2.  That within ten (10) days of the date of this Order, the plaintiff shall file the Second Amended Complaint as a new filing separate from filing no. 21; and

3.  That within twenty (20) days of the date of this Order, the defendants shall answer or otherwise respond to the Second Amended Complaint.

DATED this 8th day of May, 2006.

BY THE COURT:


s/ F. A. GOSSETT
United States Magistrate Judge