IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARON WELLS, | ) | |
| | ) | 4:05cv3273 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | AMENDED |
| | ) | ORDER SETTING SCHEDULE FOR INITIAL |
| BRENDA FISHER, et al., | ) | PROGRESSION OF CASE |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing no. 36, the Joint Stipulation to Extend Deadlines in the Orders Setting Schedule for Initial Progression of Case and to Continue the Planning Conference (filing nos. 19 and 20). In light of the parties' agreement to a ninety (90)-day extension of all remaining deadlines in the prior Progression Orders, filing no. 36 is granted and approved.

**IT IS THEREFORE ORDERED:**

1. That the progression of this litigation shall be extended in accordance with the following schedule:

a. *Identify Experts*. All parties will identify experts (i.e., without the full reports required by Fed. R. Civ. P. 26(a)(2)) on or before **October 16, 2006**.

6. *Deposition Deadline*. All depositions, whether or not they are intended to be used at trial, shall be completed by **November 15, 2006**. All interrogatories, requests for admission and requests for production or inspection, whether or not they are intended to be used at trial, shall be served sufficiently early to allow rule time response before that date.

7. *Dispositive Motions*. Motions for summary judgment shall be filed by no later than **November 30, 2006**. The defendants may file two motions for summary judgment if the first such motion deals with qualified immunity and is denied, and if the second motion for summary judgment is filed by no later than **November 30, 2006**.

8. *Planning Conference*. A conference with the undersigned Magistrate Judge will be held on **Friday, October 20, 2006, at 9:00 a.m.** in chambers, Suite 2210, Roman L.

Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. Counsel may contact chambers in advance, at 402-661-7340, to arrange to hold the conference by telephone. Prior to the conference, counsel for the parties shall have:

    a.    Disclosed the names, addresses, and affiliations with any party of all non-expert witnesses;

    b.    Disclosed at least the names and addresses of all expert witnesses expected to testify for that party at trial;

    c.    Completed a conference with opposing counsel concerning outstanding discovery disputes as required by NECivR 7.1(i);

    d.    Discussed with opposing counsel plans for completing the depositions of expert witnesses and other remaining discovery and the filing of motions for summary judgment;

    e.    Exchanged genuine and serious proposals for settlement;

    f.    Discussed settlement with clients and the viability of mediation or other forms of alternative dispute resolution as may be applicable to this case; and

    g.    Discussed with opposing counsel any other matters which may influence the setting of this case for trial.

    9.    *Change of Dates.*  Any request for a change of date or deadline shall be agreed to by counsel for all parties and shall be addressed to the undersigned Magistrate Judge.

DATED this 11th day of July 2006.

                      BY THE COURT:

                      s/ F.A. Gossett
                      United States Magistrate Judge