IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARON WELLS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3273 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BRENDA FISHER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The court has received an ex parte application by the plaintiff, Aron Wells, to incur expenses payable from the Federal Practice Fund. However, pursuant to NEGenR 1.2(i), 1.7(g) and the Plan for Administration of the Federal Practice Fund (posted on the court's website at *http://www.ned.uscourts.gov/fpo/crtplans/crtplans.html*), reimbursement from the Federal Practice Fund is available only for fees and expenses incurred by court-appointed attorneys. The plaintiff's attorney is retained, not court-appointed.

Because the court granted the plaintiff's Application to Proceed In Forma Pauperis ("IFP"), the expenses listed in 28 U.S.C. § 1915 are borne by the government (i.e., filing fees,[1] printing a required record on appeal, preparing certain required transcripts, service of process, service of subpoenas). There may be other costs of litigation waived for parties proceeding IFP. However, no funds are available to the plaintiff from the Federal Practice Fund.

SO ORDERED.

DATED this 17th day of July, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

[1]Prisoner filing fees are not waived but are instead collected in installments.