IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARON WELLS, | ) | CASE NO. 4:05CV3273 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER RESCHEDULING |
| | ) | FINAL PRETRIAL CONFERENCE |
| BRENDA FISHER, MICHAEL THURBER, LANCASTER COUNTY, Nebraska, JAMES FOSNAUGHT, M.D., and JEANETTE MASEK, M.D., | ) ) ) ) | AND TRIAL |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Plaintiff's motion to continue the trial date. (Filing No. 68). The motion is not opposed, and it will be granted.

IT IS ORDERED:

1. The Plaintiff's Motion to Continue (Filing No. 68) is granted;

2. The final pretrial conference scheduled for March 15, 2007, is cancelled;

3. The final pretrial conference with Magistrate Judge F.A. Gossett is rescheduled for 9 a.m. on Friday, June 15, 2007; and

4. The jury trial is rescheduled for the week of July 16, 2007, before the undersigned judge.

DATED this 27th day of February, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge